UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X

KERRY KEENAN,

               Plaintiff,

- against -

PUBLICIS, INC.,

               Defendant.

------------------------------------------ X

Civil Action No. 08-CV-01582 (JSR)

**DEFENDANT PUBLICIS, INC.'S CORPORATE DISCLOSURE STATEMENT**

    Defendant Publicis, Inc., by its attorneys, Epstein Becker & Green, P.C., hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

    1.    Publicis, Inc. is a nongovernmental corporate party to this civil action;

    2.    Publicis, Inc. is a wholly-owned indirect subsidiary of Publicis Groupe, S.A., a French publicly-held corporation; and

    3.    Publicis Groupe, S.A. owns 10% or more of Publicis, Inc.'s stock.

Dated: New York, New York
       March 18, 2008

                                      EPSTEIN BECKER & GREEN, P.C.

                                      By:   s/Amy J. Traub
                                              Allen B. Roberts
                                              Amy J. Traub
                                      250 Park Avenue
                                      New York, New York 10177-1211
                                      (212) 351-4500
                                      Attorneys for Defendant
                                      Publicis, Inc.

NY:2487214v1