UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KERRY KEENAN,

                          Plaintiff,

    - against -

PUBLICIS, INC.

                          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 01582 (JSR)

ECF Case

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned enters her appearance as counsel for plaintiff herein.

Dated: New York, New York
       April 3, 2008

                                    VLADECK, WALDMAN, ELIAS &
                                        ENGELHARD, P.C.

By: _____
      Rebecca J. Osborne (9916)
      Attorneys for Plaintiff
      1501 Broadway, Suite 800
      New York, New York  10036
      (212) 403-7300
      rosborne@vladeck.com

249161 v1