Rakoff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
KERRY KEENAN,

               Plaintiff,          Case No. 08 Civ. 1582 (JSR)

     – against –                STIPULATION OF
                                          DISCONTINUANCE WITH
PUBLICIS, INC.,                        PREJUDICE

               Defendant.
------------------------------------- x

      IT IS HEREBY STIPULATED, AGREED, AND UNDERSTOOD by and between the parties to the above-captioned matter that (1) this matter is discontinued in its entirety with prejudice; and (2) each party shall bear her or its own costs, attorneys' fees, and disbursements.

New York, New York
June ___, 2008

By: _____         18 June 2008
    Allen B. Roberts                             Date
    Epstein Becker & Green, P.C.
    Attorneys for Defendant

By: _____         6/16/08
    Kevin T. Mintzer (KM - 4741)        Date
    Vladeck, Waldman, Elias & Engelhard, P.C.
    Attorneys for Plaintiff

SO ORDERED:

_____
The Honorable Jed S. Rakoff
6-19-08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-08

NY 2666266v2                          10
6/13/08 4 06 PM